**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------X
FRANK W. WHITE JR.,

                    Plaintiff,

        -against-                                   22 **CIVIL** 4451 (PMH)

                                             **JUDGMENT**

FELIX IKESHUKWU EZEKWE, et al.,

                    Defendants.
------------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 11, 2023, Defendant's motion to dismiss is GRANTED. Although "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint," it is "not necessary when it would be futile." Reed v. Friedman Mgmt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). The parties, prior to the instant motion practice, exchanged letters concerning the deficiencies in the pleading raised by Defendant pursuant to the Court's Individual Practices and Plaintiff advised Defendant that he intended to stand on his pleading. (Doc. 20). The Court thereafter expressly permitted Plaintiff the opportunity to amend his pleading (Doc. 23) and he elected not to do so. In any event, the Court dismisses the claims alleged in Plaintiff's Complaint with prejudice as any amendment would be futile. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United

States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he

seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

December 11, 2023

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY: _____

**Deputy Clerk**
